Mittie Fleming, pro se, Dallas, TX, for Plaintiff–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

IT IS ORDERED that the motion by Mittie Fleming for reconsideration of the Deputy Clerk's order denying her leave to appeal *in forma pauperis* (IFP) is DENIED. Payment of the appellate filing fee would not be an undue hardship. *See Adkins v. E.I. DuPont de Nemours & Co.,* 335 U.S. 331, 339, 69 S.Ct. 85, 93 L.Ed. 43 (1948). Additionally, Fleming has not

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

shown a nonfrivolous issue for appeal. *See Carson v. Polley* 689 F.2d 562, 586 (5th Cir.1982). The appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2.

UNITED STATES of America, Plaintiff–Appellee,

v.

Dayrun HUNT, Defendant–Appellant.

No. 03–10465.

Conference Calendar

United States Court of Appeals, Fifth Circuit.

DECIDED: Dec. 10, 2003.

Nancy E. Larson, Assistant US Attorney, US Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Dayrun Hunt, pro se, Seagoville, TX, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

The Federal Public Defender, court-appointed counsel for Dayrun Hunt, has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hunt

---

has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.